# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

NORTH STAR INNOVATIONS, INC.,

    Plaintiff,

v.

SHARP CORPORATION,

    Defendant.

C.A. No. 16-cv-351-LPS-CJB

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff North Star Innovations Inc. ("Plaintiff") and Defendant Sharp Corporation ("Defendant") have resolved Plaintiff's claims for relief against Defendant and Defendant's counterclaims for relief against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiff and Defendant, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Defendant with prejudice, and Defendant's claims, defenses and counterclaims (whether pled or un-pled) against Plaintiff without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

| Dated: March 21, 2017 | Respectfully submitted, |
|---|---|
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Michael J. Farnan | /s/ Stephen J. Kraftschik |
| Brian E. Farnan (Bar No. 4089) | Jack B. Blumenfeld (Bar No. 1014) |
| Michael J. Farnan (Bar No. 5165) | Stephen J. Kraftschik (Bar No. 5623) |
| 919 North Market Street, 12th Floor | 1201 North Market Street |
| Wilmington, Delaware 19801 | P.O. Box 1347 |
| (302) 777-0300 | Wilmington, DE 19899-1347 |
| bfarnan@farnanlaw.com | (302) 658-9200 |
| | jblumenfeld@mnat.com |
| *Attorneys for Plaintiff* | skraftschik@mnat.com |
| | *Attorneys for Sharp Corporation* |

IT IS SO ORDERED THIS _____ day of March, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Leonard P. Stark